Charles T. Marshall, Esq, (SBN 176091)
Law Offices of Charles T. Marshall
415 Laurel St. #405
San Diego, CA. 92101
Tel: (619) 807-2628
Fax: (866) 575-7413
Email: cmarshall@marshallestatelaw.com

Attorney for: DAN HANSEN

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN HANSEN,<br><br>           Plaintiff,<br><br>vs.<br><br>WESTERN PROGRESSIVE, LLC, and OCWEN LOAN SERVICING, LLC.<br><br>           Defendant(s). | Case No:<br><br>**NOTICE OF PENDENCY OF ACTION** |

**NOTICE IS HEREBY GIVEN** that DAN HANSEN, by and through his attorney, filed the above-entitled Complaint against Defendants WESTERN PROGRESSIVE, LLC and OCWEN LOAN SERVICING, LLC and All Persons Unknown Claiming Any Title, Estate, Lien or Interest in the Property Described in the Complaint Adverse to Plaintiff's Title, or Any Cloud on Plaintiff's Title Thereto. The Complaint was filed and commenced on July 6, 2015 and is now pending in the above-entitled court.

The Complaint seeks to remove the cloud on title to 913 Baker Way, Rocklin, CA, 95765; APN 372-070-012-000. The full legal description of the Subject Property is attached as **Exhibit**

"**A**" hereto. Therefore, the action affects title to the real property which is the subject of the Complaint. In addition to a removal of the cloud on title, the Complaint asserts causes of action for BREACH OF CONTRACT, NEGLIGENT MISREPRESENTATION, VIOLATION OF CALIFORNIA CIVIL CODE 2924.17, and VIOLATION OF THE FAIR CREDIT REPORTING ACT.

Dated: July 6, 2015                              LAW OFFICES OF CHARLES T. MARSHALL

                                                 _____
                                                 Charles T. Marshall
                                                 Attorney for the Plaintiff
                                                 DAN HANSEN