C. Scott Greene, California Bar No. 277445
Tracy M. Talbot, California Bar No. 259786
Monique Jewett-Brewster, California Bar No. 217792
**BRYAN CAVE LLP**
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:    (415) 675-3400
Facsimile:    (415) 675-3434
Email:        scott.greene@bryancave.com
              tracy.talbot@bryancave.com
              monique.jewettbrewster@bryancave.com

Attorneys for Defendants
WESTERN PROGRESSIVE, LLC and OCWEN LOAN SERVICING, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DAN HANSEN, | Case No. 2:15-CV-01426-MCE-CKD |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING SETTLEMENT DISCUSSIONS** |
| vs. | |
| WESTERN PROGRESSIVE, LLC, and OCWEN LOAN SERVICING, LLC. | Complaint Filed: July 6, 2015 |
| Defendant(s). | |

This Stipulation is entered into by Plaintiff Dan Hansen ("Plaintiff") and Defendants Western Progressive, LLC and Ocwen Loan Servicing, LLC ("Defendants," collectively with Plaintiff, the "Parties").

WHEREAS, Plaintiff filed his Verified Complaint ("Complaint") on July 6, 2015.

WHEREAS, the Parties seek to stay all proceedings in this matter for three (3) months to **November 13, 2015**, including all discovery, dispositive motion, and pretrial deadlines, including Defendants' deadline to respond to the Complaint, to avoid the unnecessary expenditure of party or Court resources.

WHEREAS, Defendants agree to cancel any foreclosure proceedings on the lien associated on the loan for the subject property located at 913 Baker Way, Rocklin, California 95765 pending review and determination by the current servicer of the modification options available for the subject loan.

WHEREAS, Plaintiff agrees to provide the loan modification application and any supporting documents or information requested by Defendants' counsel in a timely manner and understands the failure to do so may result in denial of further processing Plaintiff's loan modification application.

WHEREAS, Plaintiff understands that by reviewing Plaintiff's loan for modification options during this stay of proceedings, Defendants have made no guarantee that Plaintiff will be granted or approved for a loan modification and that Defendants are under no obligation to grant or approve Plaintiff's loan for a modification.

WHEREAS, the Parties agree that it would be beneficial to pursue informal resolution of this matter via exploration of loan modification options and continued settlement negotiations.

WHEREAS, the Parties agree that the stay requested herein is not requested for the purposes of delay and will not result in any prejudice to the Parties or to the Court.

WHEREAS, the Parties wish to stay all proceedings in this matter pending review and determination by the current servicer of Plaintiff's loan modification options, which is economically and judicially efficient.

/ / /

## STIPULATION

IT IS THEREFORE STIPULATED AND AGREED, by and between the Parties, and subject to the approval of the Court, that:

1. This matter is stayed until **November 13, 2015**.

2. Defendants' deadline to respond to the Complaint is extended through and including November 20, 2015.

**IT IS SO STIPULATED.**

Dated: August 14, 2015          **BRYAN CAVE LLP**
                                C. Scott Greene
                                Tracy Talbot
                                Monique Jewett-Brewster


                                By: /s/ Monique Jewett-Brewster
                                    Monique Jewett-Brewster
                                Attorneys for Defendants
                                WESTERN PROGRESSIVE, LLC and OCWEN LOAN SERVICING, LLC


Dated: August 14, 2015          **LAW OFFICES OF CHARLES T. MARSHALL**


                                By: /s/ Charles T. Marshall
                                    Charles T. Marshall
                                Attorneys for Plaintiff
                                DAN HANSEN


I hereby attest that I have on file the permission of all necessary filers for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.


                                        /s/ Monique Jewett-Brewster

**ORDER**

The Court, having reviewed the stipulation of Plaintiff Dan Hansen ("Plaintiff") and Defendants Western Progressive, LLC and Ocwen Loan Servicing, LLC (collectively, "Defendants"), and good cause appearing, hereby orders as follows:

1. This matter is stayed until **November 13, 2015**.

2. Defendants' deadline to respond to the Complaint is extended through and including November 20, 2015.

IT IS SO ORDERED.

Dated: August 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT